FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22  AM 10: 54

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-30753 WTT |
| --- | --- | --- |
| | ) | Chapter 7 |
| BRANDON SAGE MILLER and | ) | |
| TRACY LYNN MILLER, | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors. | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 1.59% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 6 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | $4.48 |

| | | |
|---|---|---|
| 9 | Auto Owners Insurance<br>P.O. Box 30660<br>Lansing, MI  48909-8160 | $3.52 |
| 10U | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT  84134-9000 | $1.74 |

3. A check in the amount of $9.74 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 21 day of September, 2010.

*Gary E. Jubber, Trustee*

ND: 4837-4876-2882, v. 1                         2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____